# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

TIMOTHY SCOTT

         *Plaintiff*
         v.

BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC.

         *Defendant*

Civil Action No. 3:19-cv-294

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    BANK OF AMERICA, N.A.
    SERVE: Bank of America Corporate Center
           100 North Tyron Street
           Charlotte, North Carolina 28255

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Leonard A. Bennett, Esq.
    Consumer Litigation Associates, P.C.
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.** 3:19-cv-294

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date:_____  _____
                                                    **Server's signature**

                                                    _____
                                                    **Printed name and title**

                                                    _____
                                                    **Server's address**

Additional information regarding attempted service, etc: